■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GLUSKO, Appellant. [979 NYS2d 669]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Greller, J.), rendered April 13, 2011, convicting him of assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his plea of guilty was not knowing, voluntary, and intelligent is unpreserved for appellate review, since he did not move to withdraw the plea (*see People v Lopez*, 71 NY2d 662, 665 [1988]; *People v Pryor*, 11 AD3d 565 [2004]). In any event, the plea was knowingly, voluntarily, and intelligently made (*see People v Fiumefreddo*, 82 NY2d 536, 543 [1993]; *People v Lopez*, 71 NY2d at 666; *People v Harris*, 61 NY2d 9, 17 [1983]). The defendant's postplea assertions regarding the defense of justification did not warrant vacatur of his plea of guilty (*see People v Bunn*, 79 AD3d 1143 [2010]).

The defendant was not deprived of the effective assistance of counsel, as defense counsel provided meaningful representation (*see People v Benevento*, 91 NY2d 708 [1998]; *People v Baldi*, 54 NY2d 137 [1981]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Skelos, J.P., Lott, Roman and Miller, JJ., concur.